IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TERRANCE DARBY | : | NO. 22-22-1 |

ORDER

AND NOW, on this 24th day of September 2024, for the reasons stated in the accompanying Memorandum, it is ORDERED that

(1)  The motion of defendant Terrance Darby to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 101) is hereby DENIED; and

(2)  No certificate of appealability will be issued.

BY THE COURT:

/s/   Harvey Bartle III
J.